UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                   :

KING SPIDER LLC,                        :

                               :

                  Plaintiff,        :          23-CV-3472 (JMF)

                               :

            -v-                      :           <u>ORDER</u>

                               :

884886 CH STORE et al.,             :

                               :

                  Defendant.      :

                               :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Alibaba Defendants' new partial motion to dismiss, *see* Docket No. 100, their earlier motion to dismiss filed at Docket No. 85 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **January 30, 2024**.  Alibaba Defendants' reply, if any, is due by **February 6, 2024**.

       The Clerk of Court is directed to terminate Docket No. 85.

       SO ORDERED.

Dated:  January 17, 2024
       New York, New York

                                   JESSE M. FURMAN
                             United States District Judge