UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KING SPIDER LLC, :
:
Plaintiff, :
: 23-CV-3472 (JMF)
-v- :
: ORDER
884886 CH Store et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On August 2, 2024, Plaintiff filed a motion for leave to file a Fourth Amended Complaint.  ECF No. 131.  Unless and until the Court orders otherwise, the Alibaba Defendants — and/or any other Defendant who receives notice of Plaintiff's motion and wishes to be heard — shall file any opposition to Plaintiff's motion no later than **Monday, August 12, 2024**. Plaintiff shall file any reply no later than **Friday, August 16, 2024**.

    SO ORDERED.

Dated: August 5, 2024
       New York, New York

                                                                JESSE M. FURMAN
                                                          United States District Judge