UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
　:
KING SPIDER LLC,　　　　　　　　　　　　　　　　　　　:
　:
　　　　　　　　　Plaintiff,　　　　　　　　　　　　　　　　:
　:　　　　　23-CV-3472 (JMF)
　　　-v-　　　　　　　　　　　　　　　　　　　　　　　　　:
　:　　　　　　　ORDER
884886 CH STORE et al.,　　　　　　　　　　　　　　　　:
　:
　　　　　　　　　Defendants.　　　　　　　　　　　　　　　:
　:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　　Due to an ongoing bench trial that is likely to proceed through March 25, 2025, the Court hereby ADJOURNS the default judgment hearing previously scheduled for March 25, 2025, at 4:00 p.m., *see* ECF No. 205, to **March 28, 2025**, at **3:00 p.m.**  The call-in information remains the same.  Plaintiff shall serve, in a manner previously authorized by the Court, a copy of this Order on the Unsuccessful Hague Defendants and file proof of such service by **March 24, 2025**.

　　　　SO ORDERED.

Dated: March 21, 2025　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge